

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2017

No. 04-17-00766-CV

**IN RE** Lynn M. **KOLB**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Rebeca C. Martinez, Justice

On November 20, 2017, relator filed a petition for writ of mandamus. This court is of the tentative opinion that a serious question concerning the relief requested requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than December 19, 2017.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on November 29, 2017.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CI17273, styled *In the Interest of C.S.K.*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.